# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 25, 2013

147407

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
   Plaintiff-Appellee,

v

             SC: 147407
             COA: 309324
             Wayne CC: 11-010017-FH

KEOTHES MILLER,
   Defendant-Appellant.

_____/

   On order of the Court, the application for leave to appeal the June 11, 2013 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



   I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 25, 2013


               Clerk

h1118